No. 91–5194 (A–67). JONES v. WHITLEY, WARDEN. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

JULY 24, 1991

No. A–957 (90–1913). YELLOW FREIGHT SYSTEM, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

AUGUST 2, 1991

No. 91–19. DAVID L. THRELKELD & CO., INC. v. METALLGESELLSCHAFT LTD. (LONDON) ET AL. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 46.

No. A–68. SHOREHAM-WADING RIVER CENTRAL SCHOOL DISTRICT ET AL. v. NUCLEAR REGULATORY COMMISSION ET AL. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–86. SMERDON ET AL. v. SMERDON ET AL. Sup. Ct. N. J. Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied.